IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| Jermaine McFarland, | : |
| | : |
| Plaintiff, | : Case No.: 3:16-cv-00038-TCB |
| | : |
| ETourandTravel, Inc., | : |
| | : |
| | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Jermaine McFarland in the above styled and numbered matter, by and through his undersigned counsel, and respectfully notifies the Court that Plaintiff and Defendant ETourandTravel, Inc. have settled their dispute in principle. The Parties' settlement resolves Plaintiff's claims against Defendant ETourandTravel, Inc. and obviates the need for Defendant ETourandTravel, Inc. to file an Answer. Once the settlement documents are finalized, Plaintiff intends to file a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 7th day of April, 2016.

| | |
|---|---|
| */s/ Paul Sieg* | */s/ Matthew T. Berry* |
| Plaintiff's Attorney | Plaintiff's Attorney |
| Paul Sieg, Bar No.: 334182 | Matthew T. Berry, Bar No. 055663 |
| Berry & Associates | Berry & Associates |
| 2751 Buford Highway, Suite 600 | 2751 Buford Highway, Suite 600 |
| Atlanta, GA 30324 | Atlanta, GA 30324 |
| Ph. (404) 235-3305 | Ph. (404) 235-3334 |
| Fax (678) 335-5724 | Fax (404) 996-1971 |
| psieg@mattberry.com | matt@mattberry.com |

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 7th day of April, 2016.

>                            */s/ Paul J. Sieg*
>                            Paul J. Sieg
>                            Georgia Bar No. 334182
>
>                            */s/ Matthew T. Berry*
>                            Matthew T. Berry
>                            Georgia Bar No. 055663

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by causing a copy of the same to be electronically filed with the Clerk of Court using the CM/ECF system on this 7th day of April, 2016.

>Eli J. Richardson
>Bass, Berry & Sims
>Attorney for Defendant
>150 Third Avenue South, 2800
>Nashville, Tennessee 37201
>erichardson@bassberry.com
>(615) 742-7825

>*/s/ Paul J. Sieg*
>Paul J. Sieg
>Georgia Bar No. 334182

>*/s/ Matthew T. Berry*
>Matthew T. Berry
>Georgia Bar No. 055663