# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

Jermaine McFarland,

        Plaintiff,                        Case No.: 3:16-cv-00038-TCB

v.

ETourandTravel, Inc.,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Comes now the Plaintiff Jermaine McFarland, through counsel, and gives notice pursuant to F.R.C.P. 41(a)(1)(A)(i), that Defendant ETourandTravel, Inc. is voluntarily dismissed, with prejudice, from this action.

Respectfully submitted this 11th day of May, 2016.

| | |
|---|---|
| */s/ Paul Sieg* | */s/ Matthew T. Berry* |
| Plaintiff's Attorney | Plaintiff's Attorney |
| Paul Sieg, Bar No.: 334182 | Matthew T. Berry, Bar No. 055663 |
| Berry & Associates | Berry & Associates |
| 2751 Buford Highway, Suite 600 | 2751 Buford Highway, Suite 600 |
| Atlanta, GA 30324 | Atlanta, GA 30324 |
| Ph. (404) 235-3305 | Ph. (404) 235-3334 |
| Fax (678) 335-5724 | Fax (404) 996-1971 |
| psieg@mattberry.com | matt@mattberry.com |

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14 point New Times Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.4.

This 11th day of May, 2016.

                                                */s/ Paul J. Sieg*
                                                Paul J. Sieg, Bar No.: 334182
                                                */s/ Matthew T. Berry*
                                                Matthew T. Berry, Bar No.: 055663
                                                Berry & Associates
                                                2751 Buford Highway, Suite 600
                                                Atlanta, GA 30324
                                                Ph. (404) 235-3314
                                                Fax (404) 235-3333
                                                psieg@mattberry.com
                                                matt@mattberry.com
                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorney(s) of record:

Eli J. Richardson
Bass, Berry & Sims
150 3rd Avenue South
Suite 2800
Nashville, TN  37201
Ph. (615) 742-7825
erichardson@bassberry.com
*Attorney for* ETourandTravel, Inc

*/s/ Paul J. Sieg*
Paul J. Sieg, Bar No.: 334182
*/s/ Matthew T. Berry*
Matthew T. Berry, Bar No.: 055663
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3314
Fax (404) 235-3333
psieg@mattberry.com
matt@mattberry.com
*Attorneys for Plaintiff*